KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Scott M. Abbott        #4500
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
sabbott@kzalaw.com

Attorneys for Defendant
Compassion Crest, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TYSHEA DICKSON, an individual, | Case No. 2:25-cv-00803-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT COMPASSION CREST, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| COMPASSION CREST, LLC, a Nevada limited liability company, | |
| Defendant. | **(First Request)** |

Plaintiff Tyshea Dickson and Defendant Compassion Crest, LLC, by and through their respective counsel of record, hereby stipulate and request that the deadline for Defendant Compassion Crest, LLC to answer or otherwise respond to the Complaint be extended from the present date of June 4, 2025 to June 18, 2025. This Stipulation is based upon the following facts:

1.       Plaintiff served the Summons and Complaint on Defendant Compassion Crest, LLC on May 14, 2025, rendering an answer or other initial appearance due June 4, 2025.

2.       Given that Defendant Compassion Crest's counsel was recently retained and was traveling out of state, Plaintiff and Defendant have agreed to an extension of time until June 18, 2025 for Defendant Compassion Crest to answer or otherwise respond to the Complaint.

This extension is requested for the reasons stated above and not for purposes of delay or any

1    other improper purposes.

2        DATED this 3rd day of June, 2025.

3        GREENBERG GROSS LLP                  KAMER ZUCKER ABBOTT

4    By:  /s/ Marian L. Massey            By:  /s/ R. Todd Creer
         Jemma E. Dunn        #16229           R. Todd Creer        #10016
5        Matthew T. Hale      #16880           Scott M. Abbott      #4500
         Marian L. Massey     #14579           6325 South Jones Boulevard, Suite 300
6        1980 Festival Plaza Drive, Suite 730  Las Vegas, Nevada 89118
         Las Vegas, Nevada 89135              Tel: (702) 259-8640
7        Tel: (702) 777-0888                  Fax: (702) 259-8646
         Fax: (702) 777-0801
8                                             Attorneys for Defendant
         Attorney for Plaintiff
9

10

11                              **ORDER**

12   **IT IS SO ORDERED.**

13   6/4/2025
     Date                              UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24