KAMER ZUCKER ABBOTT
R. Todd Creer        #10016
Shannon L. Chao      #16821
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
schao@kzalaw.com

Attorneys for Defendant Compassion Crest, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TYSHEA DICKSON, an individual, | Case No. 2:25-cv-00803-GMN-BNW |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| COMPASSION CREST, LLC, a Nevada limited liability company, | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

Dated this 14th day of October, 2025.

GREENBERG GROSS LLP

By: /s/Marian L. Massey
Jemma E. Dunn        #16229
Matthew T. Hale      #16880
Marian L. Massey     #14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

Attorneys for Plaintiff

Dated this 14th day of October, 2025.

KAMER ZUCKER ABBOTT

By: /s/ R. Todd Creer
R. Todd Creer        #10016
Shannon L. Chao      #16821
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated this 15 day of October, 2025

_____
Gloria M. Navarro, District Judge
United States District Court